1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9    VASILIY ZHAROVSKIY, *et al.*,

10            Plaintiffs,                    No. CIV 2:12-cv-0072-JAM-JFM (PS)

11        vs.

12   JP MORGAN CHASE BANK, N.A.,
      *et al.*,

13
              Defendants.              ORDER
14
                                          /
15
             This action was referred to the undersigned pursuant to Local Rule 302(c)(21).
16
     On January 17, 2012, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).
17
     No opposition to the motion to dismiss has been filed.
18
             Local Rule 230(c) provides that opposition to the granting of a motion must be
19
     filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o
20
     party will be entitled to be heard in opposition to a motion at oral arguments if written opposition
21
     to the motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides
22
     that failure to appear may be deemed withdrawal of opposition to the motion or may result in
23
     sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be
24
     grounds for imposition of any and all sanctions authorized by statute or Rule or within the
25
     inherent power of the Court."
26

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  The hearing date of February 23, 2012 is vacated.  Hearing on defendants'

3  motion to dismiss is continued to April 5, 2012 at 11:00 a.m. in courtroom no. 26.

4          2.  Plaintiffs shall file opposition, if any, to the motion to dismiss, no later than

5  March 22, 2012.  Failure to file opposition and appear at the hearing will be deemed as a

6  statement of non-opposition and shall result in a recommendation that this action be dismissed

7  pursuant to Federal Rule of Civil Procedure 41(b).

8  DATED: February 16, 2012.

9

10  _____
   UNITED STATES MAGISTRATE JUDGE

11

12  /014;zhar0072.nooppo

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2