IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASILIY ZHAROVSKIY, *et al.*,

      Plaintiffs,                  No. 2:12-cv-0072-JAM-JFM (PS)

    vs.

JP MORGAN CHASE BANK, N.A.,
 *et al.*,

      Defendants.                <u>ORDER</u>

                                       /

          Plaintiffs have requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiffs' request shall be honored.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  The April 5, 2012 hearing on defendants' motion to dismiss is vacated;

          2.  Defendants' January 17, 2012 motion to dismiss is denied;

          3.  The initial scheduling conference set for June 28, 2012 is vacated;

          4.  Plaintiffs' February 21, 2012 request for dismissal is granted; and

          5.  This action is dismissed.

DATED: February 24, 2012.

                                          */s/ John F. Moulds*
                             UNITED STATES MAGISTRATE JUDGE

/014;zhar0072.59