IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASILIY ZHAROVSKIY, *et al.*,

       Plaintiffs,                  No. 2:12-cv-0072-JAM-JFM (PS)

     vs.

JP MORGAN CHASE BANK, N.A.,
*et al.*,

       Defendants.              ORDER

                                         /

        Plaintiffs have requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiffs' request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The April 5, 2012 hearing on defendants' motion to dismiss is vacated;

        2. Defendants' January 17, 2012 motion to dismiss is denied;

        3. The initial scheduling conference set for June 28, 2012 is vacated;

        4. Plaintiffs' February 21, 2012 request for dismissal is granted; and

        5. This action is dismissed.

DATED: February 24, 2012.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

/014;zhar0072.59